# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **YASSER GABER ABOU EL HADIED MOHAMED ALI,**<br><br>     **Plaintiff,**<br><br>v.<br><br>*RONALD D'EMORY COLEMAN, ESQ., et al.,*<br><br>     **Defendants.** | **CASE NO. 1:12-cv-560 (CMH/TCB)** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys, that the above-captioned case shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorney's fees.  The case may now be closed.

IT IS SO ORDERED.

Entered this ___ day of November, 2013.

_____
Hon. Claude Hilton
United States District Court Judge

**Dated: October 31, 2013**              Respectfully submitted

**YASSER GABER ABOU EL HADIED MOHAMED ALI,**
*By Counsel*

/s/_____
Bernard J. DiMuro, Esq. (VSB #18784)
*Counsel for Plaintiff*
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, Virginia  23314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-mail: bdimuro@dimuro.com
*Counsel for Plaintiff*

/s/_____
David A. Warrington (VSB No. 72293)
Paris R. Sorrell (VSB No. 80953)
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 647-5926
Facsimile: (703) 647-5966
david.warrington@leclairryan.com
paris.sorrell@leclairryan.com

/s/_____
Charles M. Sims (VSB No. 35845)
LeClairRyan, A Professional Corporation
951 East Byrd Street, Eighth Floor
P.O. Box 2499
Richmond, Virginia 23219
Telephone: (804) 343-5091
Facsimile: (804) 783-7655
charles.sims@leclairryan.com
*Counsel for Vienna Law Group, P.C. and Jad Sarsour*

/s/_____
John C. Altmiller, Esq. (VSB No. 34902)
Pesner Kawamoto PLC
7926 Jones Branch Road, Suite 930
McLean, Virginia 22102
Telephone (703) 506-9440
Facsimile (703) 506-0929
jaltmiller@pesnerkawamoto.com
*Counsel for Defendants Ronald D. Coleman and Tysons Law Group, PLLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 31st day of October, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record.

/s/_____
Bernard J. DiMuro, Esq. (VSB #18784)
*Counsel for Plaintiff*
**DIMUROGINSBERG**, PC
1101 King Street, Suite 610
Alexandria, Virginia 23314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-mail: bdimuro@dimuro.com