UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **YASSER GABER ABOU EL HADIED MOHAMED ALI,**<br><br>Plaintiff,<br><br>v.<br><br>*RONALD D'EMORY COLEMAN, ESQ., et al.,*<br><br>Defendants. | F I L E D<br>NOV - 1 2013<br>CLERK, U.S. DISTRICT COURT<br>ALEXANDRIA, VIRGINIA<br><br>CASE NO. 1:12-cv-560 (CMH/TCB) |

## JUDGMENT ORDER

Based on the parties' agreement, as evidenced by the signatures of counsel below, it is hereby

ORDERED that Judgment is entered against Defendant, Tysons Law Group, PLLC, in the amount of FIVE HUNDRED FORTY-EIGHT THOUSAND, FIVE HUNDRED AND EIGHTY DOLLARS ($548,580.00).

ENTERED this 1st day of November, 2013.

/s/
Claude M. Hilton
United States District Judge

AGREED:

/s/ _____
Bernard J. DiMuro, Esq. (VSB #18784)
*Counsel for Plaintiff*
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, Virginia 23314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-mail: bdimuro@dimuro.com
*Counsel for Plaintiff*


/s/ _____
John C. Altmiller, Esq. (VSB No. 34902)
Pesner Kawamoto PLC
7926 Jones Branch Road, Suite 930
McLean, Virginia 22102
Telephone (703) 506-9440
Facsimile (703) 506-0929
jaltmiller@pesnerkawamoto.com
*Counsel for Defendants Ronald D. Coleman and Tysons Law Group, PLLC*